STATE OF NEW JERSEY, RESPONDENT, v. PETER ORRAYE, APPELLANT.

Submitted June 20, 1914—Decided September 25, 1914.

On appeal from the Supreme Court, whose opinion is reported in 84 *N. J. L.* 556.

For the respondent, *Robert S. Hudspeth.*

For the appellant, *Thomas S. Henry.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.